# DIVIDENDS REMITTED TO THE COURT

Check Number 111 Dated 01/29/10

Case Number 09-15596 - DANIELS, TODD ALAN

OK #111

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **DuPont Fibers Federal CU**<br>**P.O. Box 72**<br>**Chesterfield, VA 23832-0001**<br>(4-1) Cross-Collateralized credit card 3669 | 000004A | 56.84 | 3.42 |
| ---------- Remittance Total ---------- | | 56.84 | 3.42 |

_____
DAVIS, STEVEN S., Trustee

#149760

FILED 2010 FEB -4 PM 1:14
U.S. BANKRUPTCY COURT
NORTHERN DIST OF OHIO
CLEVELAND

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

32-1/1110 TX
0

CHECK NUMBER

**111**

STEVEN SCOTT DAVIS
450 STANDARD BUILDING
1370 ONTARIO
CLEVELAND, OH 44113

| DATE | AMOUNT |
|---|---|
| 01/29/10 | ***********3.42 |

**2378433**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-15596  MOR | Debtor: DANIELS, TODD ALAN<br>Joint Debtor: DANIELS, DEANA MARIE |

Clerk, U. S. Bankruptcy
Cleveland, OH

*Three Dollars And 42/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑆000111⑆ ⑈111000012⑈ 443726428⑈